The People ex rel. William E. Demarest, Appellant, *v.* John J. Gorman, Sheriff, etc., et al., Respondents.

(Argued November 30, 1891; decided December 15, 1891.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made May 15, 1891, which affirmed an order of Special Term dismissing a writ of habeas corpus.

*Rufus M. Williams* for appellant.

*Wales F. Severance* for respondents.

Agree to affirm; no opinion.
All concur.
·Order affirmed.

'The People ex rel. Charles V. Morgan, Respondent, *v.* The Board of Supervisors of Westchester County, Appellant.

(Argued November 30, 1891; decided December 15, 1891.)

Appeal from order of the General Term of the Supreme Court in the second judicial department, made July 20, 1891, which affirmed an order of Special Term, denying a motion to vacate or modify a judgment in favor of plaintiff.

*William Romer* for appellant.

*Henry W. Bates* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.